An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JORGE TORRES, JR.,
Petitioner,
vs.
NEVADA DEPARTMENT OF
CORRECTIONS,
Respondent.

No. 62368

FILED

MAR 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus requesting this court to order the Nevada Department of Corrections to award petitioner credits for time served while on parole. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. See NRS 34.160; NRS 34.170. A challenge to the computation of time served pursuant to a judgment of conviction should be raised in a post-conviction petition for a writ of

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07745

habeas corpus filed in the district court in the first instance.[1]   NRS 34.724(2)(c).  Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Jorge Torres, Jr.
      Attorney General/Carson City

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.